UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG WILSON, ERIC BELLAMY, KENDAL NELSON, and MAXIMINO NIEVES, on behalf of themselves and those similarly situated, | ) ) ) ) ) | CASE NO.: 4:20cv794 |
| Petitioners, | ) ) | JUDGE: JAMES S. GWIN |
| v. | ) ) | |
| MARK WILLIAMS, Warden of Elkton Federal Correctional Institution; and MICHAEL CARVAJAL, Federal Bureau of Prisons Director, in their official capacities, | ) ) ) ) ) | |
| Respondents. | ) ) | RESPONSE TO COURT ORDER |

Pursuant to the Court Order issued at 1:00 pm on April 17, 2020, the Respondent will provide the Court with raw data regarding the inmates identified by the Health Services Department as high risk pursuant to the CDC guidelines, as described at the Declaration of Sarah Dees, Government Ex. A to it Response, ECF # 10-1 at Paragraphs 30-31 PageID 180-81. Due to privacy concerns, the Respondent is providing the information to the Court, *en camera*, and not

filing it on the public docket. Respondent will send the list via electronic mail to

Kayla_Sartschev@ohnd.uscourt.gov.

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By:  /s/ James R. Bennett II
      James R. Bennett II (OH #0071663)
      Sara DeCaro (OH #0072485)
      Assistant United States Attorneys
      United States Court House
      801 West Superior Ave., Suite 400
      Cleveland, Ohio 44113
      216-622-3988 - Bennett
      216-522-4982 - Fax
      James.Bennett4@usdoj.gov
      Sara.DeCaro@usdoj.gov

*Attorneys for Respondents*