MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 4/17/2020 |
| Judge: | James S. Gwin |
| Case No.: | 4:20-cv-00794 |
| Court Reporter: | S. Perkins |

CRAIG WILSON, ET AL.,  )
                                         )
    Petitioners,             )
                                         )
vs.                                     )
                                         )
WARDEN MARK WILLIAMS,  )
ET AL.,                           )
                                         )
    Respondents.           )

MATTERS CONSIDERED: Status Conference held via video and telephone conference.

TOTAL TIME: 40 minutes                    s/    Kayla Sartschev
                                                                            Courtroom Deputy Clerk