# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CRAIG WILSON, ERIC BELLAMY, KENDAL NELSON, and MAXIMINO NIEVES, on behalf of themselves and those similarly situated, | ) CASE NO.: 4:20cv794 ) ) ) ) JUDGE JAMES S. GWIN ) |
| Petitioners, | ) ) |
| v. | ) ) |
| MARK WILLIAMS, Warden of Elkton Federal Correctional Institution; and MICHAEL CARVAJAL, Federal Bureau of Prisons Director, in their official capacities, | ) SUPPLEMENT TO RESPONDENTS' ) ANSWER, RETURN OF WRIT, AND ) RESPONSE IN OPPOSITION TO ) EMERGENCY PETITION FOR WRIT ) OF HABEAS CORPUS, INJUNCTIVE ) AND DECLARATORY RELIEF |
| Respondents. | ) |

Pursuant to the directions of the Court during the Status Conference on April 17, 2020, Respondents hereby supplement their Answer, Return of Writ, and Response in Opposition to Petitioners' Emergency Petition for Writ of Habeas Corpus, Injunctive and Declaratory Relief by providing the following information requested by the Court:

I. COVID-19 TESTING AT ELKTON

Initially, Elkton was provided with 5 COVID-19 tests from LabCorp. Staff at Elkton then communicated with the Columbiana County Health Department and received an additional 50 tests. Staff at Elkton have been attempting to get more COVID-19 tests for the inmate population, including conversations with the Columbiana County Health Department and the Ohio Department of Health. To date, Elkton has not received any more of those tests. However, on April 13, 2020, the BOP National Fill from Pollock provided Elkton with an Abbott Rapid COVID testing machine and 25 rapid test cassettes. Staff at Elkton believe that they will receive

an additional 25 rapid test cassettes each week. Further, staff at Elkton have attempted to order test swabs and all of their sources for ordering test swabs are back-ordered until July or August. Staff at Elkton have tested 37 inmates using their supplies. Additional inmates have been tested by outside hospitals.

II.     INFECTION RATES AT ELKTON

Here is a current breakdown of FCI vs. FSL COVID-19 infections per population:

| Facility | Population | Isolation | Suspected | Resolved | Confirmed |
|----------|------------|-----------|-----------|----------|-----------|
| FCI | 2032 | 118 | 132 | 67 | 47 |
| FSL | 393 | 56 | 75 | 57 | 12 |

Respondents note that while there are more inmates identified as "Suspected" than in "Isolation", all inmates suspected of COVID-19 were isolated from general population. The category of "Isolation" came later when a separate isolation unit was created. Respondents note that positive tests can be compared to other BOP facilities at https://www.bop.gov/coronavirus/ However, Respondents are unaware of any comparison with other local, state, and federal detention facilities.

III.    ADDITIONAL RELEVANT CASE LAW

Additionally, undersigned counsel became aware of the following persuasive case law regarding the exhaustion of administrative remedies and granting of relief after filing its response and hereby provides the citation to the Court for its consideration: *Edward Nellson v. Warden J. Barnhart, et al.*, No. 20-cv-00756-PAB (D. Col. Apr. 16, 2020) (attached as Ex. D).

(Signatures on following page)

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By: /s/ James R. Bennett II
     James R. Bennett II (OH #0071663)
     Sara DeCaro (OH #0072485)
     Assistant United States Attorneys
     United States Court House
     801 West Superior Ave., Suite 400
     Cleveland, Ohio 44113
     216-622-3988 - Bennett
     216-522-4982 - Fax
     James.Bennett4@usdoj.gov
     Sara.DeCaro@usdoj.gov

*Attorneys for Respondents*