# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG WILSON, et al., | ) | CASE NO.: 4:20cv794 |
| | ) | |
| Petitioners, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | MOTION TO FILE UNDER SEAL AND |
| MARK WILLIAMS, Warden of Elkton | ) | *EX PARTE* |
| Federal Correctional Institution, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Now come Respondents, by and through undersigned counsel, and, pursuant to Loc. R. 5.2, hereby respectfully move this Court for an order permitting them to file the list of inmates who have been identified by age and/or underlying medical condition as being at higher risk for COVID-19 complications *ex parte* and under seal as ordered by this Court in its Order issued on April 22, 2020 (ECF No. 22). This is highly personal and privileged health information of hundreds of third-parties. Therefore, to protect the privacy interests of those parties, Respondents move this Court for an order permitting them to file this list under seal and *ex parte*.

(Signatures on the following page.)

1

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ James R. Bennett II
James R. Bennett II (OH #0071663)
Sara DeCaro (OH #0072485)
Assistant United States Attorneys
United States Courthouse
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113
216-622-3988 - Bennett
216-522-4982 - Fax
James.Bennett4@usdoj.gov
Sara.DeCaro@usdoj.gov

*Attorneys for Respondents*