MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Date: | 4/27/2020 |
| Judge: | James S. Gwin |
| Case No.: | 4:20-cv-00794 |
| Court Reporter: | S. Perkins |

CRAIG WILSON, ET AL., )
)
    Petitioners, )
)
vs. )
)
WARDEN MARK WILLIAMS, ET AL, )
)
    Respondents. )

MATTERS CONSIDERED: Status Conference held via video conference. The Court denies respondent's motion to file under seal and ex-part (doc.24). The Court directs Petitioner's motion for class certification to be filed by close of business Wednesday 4/29/2020 with any opposition to be filed by close of business 5/1/2020. The Court further directs motion to stay be filed by close of business 4/29/2020, with any opposition to be filed by 12:00 pm 4/30/2020.

TOTAL TIME: 35 minutes          s/    Kayla Sartschev
                                                                         Courtroom Deputy Clerk