UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG WILSON, et al., | ) | CASE NO.: 4:20cv794 |
| | ) | |
| Petitioners, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| MARK WILLIAMS, Warden of Elkton | ) | **CORRECTED EMERGENCY** |
| Federal Correctional Institution, et al., | ) | **MOTION FOR STAY** |
| | ) | **PENDING APPEAL** |
| Respondents. | ) | |
| | ) | |

Now come Respondents Mark Williams, Warden of Elkton Federal Correctional Institution and Michael Carvajal, Director of Federal Bureau of Prisons ("Respondents"), and, pursuant to Fed. R. Civ. P. 62(d), hereby respectfully move this Court to stay its Order and suspend the preliminary injunction contained therein issued on April 22, 2020 [ECF No. 22], pending final resolution of the appeal filed by Respondents on April 27, 2020. (Notice of Appeal, ECF No. 26 PageID # 394.) The grounds for this Motion are more fully set forth in the Memorandum in Support filed contemporaneously herewith.

(Signatures on the following page.)

1

                Respectfully submitted,

                JUSTIN E. HERDMAN
                United States Attorney

By:  */s/ James R. Bennett II*
      James R. Bennett II (OH #0071663)
      Sara DeCaro (OH #0072485)
      Assistant United States Attorneys
      United States Courthouse
      801 West Superior Ave., Suite 400
      Cleveland, Ohio 44113
      216-622-3988 - Bennett
      216-522-4982 - Fax
      James.Bennett4@usdoj.gov
      Sara.DeCaro@usdoj.gov

      *Attorneys for Respondents*