# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG WILSON, et al. | ) | CASE NO.: 4:20CV794 |
| | ) | |
| Petitioners, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| MARK WILLIAMS, Warden of Elkton Federal Correctional Institution, et al., | ) | NOTICE OF ORDER ON RESPONDENTS' EMERGENCY MOTION FOR ADMINISTRATIVE STAY IN COURT OF APPEALS |
| Respondents. | ) | |

Respondents Mark Williams, Warden of Elkton Federal Correctional Institution and Michael Carvajal, Director of Federal Bureau of Prisons, in their official capacities ("Respondents"), hereby notify this Court that on April 30, 2020 the United States Court of Appeals for the Sixth Circuit denied Respondents' emergency motion for a temporary administrative stay regarding the filing of the list of inmates. The Order of the United States Court of Appeals for the Sixth Circuit is attached hereto as Exhibit A.

(Signatures on next page)

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By:  /s/ James R. Bennett II
       James R. Bennett II (OH #0071663)
       Sara DeCaro (OH #0072485)
       Assistant United States Attorneys
       United States Court House
       801 West Superior Ave., Suite 400
       Cleveland, Ohio 44113
       216-622-3988 - Bennett
       216-522-4982 - Fax
       James.Bennett4@usdoj.gov
       Sara.DeCaro@usdoj.gov

       *Attorneys for Respondents*