IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CRAIG WILSON, et., al., | ) Case No. 4:20-CV-00794 |
| Petitioners, | ) |
| | ) Judge James S. Gwin |
| v. | ) |
| | ) Emergency MOTION TO |
| MARK K. WILLIAMS, Warden, et., al. | ) WITHDRAWAL AS A |
| | ) CLASS OR SUBCLASS |
| Respondents. | ) MEMBER |

COMES NOW THE PETITIONER, Thomas M. Smith, II Register No. 08937-025, and MOVES this Court for Leave to Withdrawal from the Class action Suit filed by the A.C.L.U. on April 13, 2020.

In support of this Motion, Petitioner avers the following:

First, Petitioner is listed as a "sub-class" member in ECF No. 35-1 and has standing to withdrawal.

Second, the ACLU Stated the facts as it relates to the conditions of Elkton in ECF No. 1 but does not represent the Petitioner's intrest, nor does the Petitioner want them to.

Second, the Petitioner is quite sure that he had COVID-19 and has recovered from it (though he has not been tested to confirm that).[1]

Third, the Petitioner does not wish to be transferred out of F.C.I.-Elkton.

Fourth, the Petitioner was never consulted nor advised that he would be sucked into a lawsuit that he did not wish to be in.

Fifth, the Petitioner does not and will not oppose any opposition from the government to his placement in the "Sub Class," and in fact would agree that he should not be in such class.

---

[1] Petitioner suffered Body aches, chills, fatigue, loss of smell and taste, loss of appetite and severe headache for nearly 2 weeks.

-2-

Sixth, the Petitioner does not meet the criteria as defined by the CDC for being placed into the "Sub Class."[2]

Seventh, the Petitioner agrees that he has been the victim of cruel and unusual punishment as found by this Court, but does not wish to pursue remedy as part of any class action suit, nor does he wish to be represented by the A.C.L.U.[3]

---

[2] Petitioner has HIV but it is so well controlled that it is "Undetectable," and he has been labeled a "Clinical non-progressor." The CDC COVID-19 risk factor is "Poorly Controlled HIV or AIDS."

[3] If and when Petitioner feels he needs remedy, he will retain his own counsel or proceed pro se.

-3-

For all the reasons presented herein, Petitioner PRAYS that this Court GRANT this Motion for LEAVE to Withdrawal from the Class, and DIRECT the Clerk to remove his name from the Sub Class list in ECF No. 35-1 and any other lists that pertain to Case No. 4:20-CV-00794. Petitioner also PRAYS that this Court inform Elkton that they may keep him at their facility.

Dated this the 4 day of May, 2020.

Respectfully Submitted* Under the
Penalty of Perjury under 28 U.S.C. § 1746:

/s/ Thomas M. Smith, II

Thomas M. Smith, II
aka Elizabeth Jeanee Isbell
Reg. No. 08932-025
F.C.I. - Elkton
P.O. Box 10
Lisbon, Ohio 44432

* This Motion was prepared by inmate Israel Isbell # 15929-026 of FCI - Elkton

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CRAIG WILSON, et., al., ) | Case No. 4:20-CV-00794 |
| Petitioners, ) | |
| ) | Judge James S. Gwin |
| v. ) | |
| ) | |
| MARK K. WILLIAMS, WARDEN, et.,al., ) | CERTIFICATE OF SERVICE |
| ) | |
| Respondents. ) | |

On this, the 4 day of May, 2020, I, Thomas M. Smith, II did place a true and accurate copy of this Motion for Leave to Withdrawal from the class in the United States mail, postage prepaid for delivery to the Clerk of the United States District Court at Youngstown, Ohio with service on the Attorney's for the parties on the ECF System.

Thomas M. Smith, II
aka Elizabeth Jeanee Isbell
F.C.I - Elkton
P.O. Box 10
Lisbon, Ohio
44432

NAME Thomas M. Smith
REG.# 08937-025
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

Clerk of the Court
U.S. District Court
125 Market St.
Room 337
Youngstown, Ohio
44503

Legal Mail



CLEVELAND OH 440
05 MAY 2020 PM 7 L

44503-178799