MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Date: | 5/7/2020 |
| Judge: | James S. Gwin |
| Case No.: | 4:20-cv-00794 |
| Court Reporter: | G. Staiduhar |

CRAIG WILSON, ET AL.,  )
                                                               )
    Petitioners,  )
                                                                )
vs.  )
                                                                 )
WARDEN MARK WILLIAMS, ET AL.,  )
                                                                )
    Respondents.  )

MATTERS CONSIDERED: Conference held regarding Emergency Motion to enforce Preliminary Injunction.

TOTAL TIME: 40 minutes                                        s/    Kayla Sartschev
                                                                                  Courtroom Deputy Clerk