# Exhibit B

**IN RESPONSE TO THE CORONAVIRUS (COVID-19) PANDEMIC, A FEDERAL JUDGE HAS ORDERED THAT CERTAIN MEDICALLY VULNERABLE PRISONERS BE TRANSFERRED OUT OF FCI ELKTON.**

The ACLU of Ohio and the Ohio Justice & Policy Center are working to identify everyone covered by the Court's order. If you are **65 or older** or have a **documented, pre-existing** condition that makes you susceptible to COVID-19 you may be eligible for transfer out of Elkton.

Forms will be distributed to all prisoners. Please complete a form and return it **only if** a doctor has diagnosed you with a pre-existing condition that makes you more vulnerable to COVID-19 **and you have the ability to provide your medical records to Elkton**. Examples of conditions that may make you more vulnerable to COVID-19 include:

- **Heart Disease**
- **Liver Disease**
  (including Hepatitis C)
- **Kidney Disease**
  (whether or not you are on dialysis)
- **Lung Disease**
  (including asthma and COPD)
- **Diabetes**
- **Immunocompromised**
  (cancer treatment, transplants, HIV/AIDS, or on medication that weakens the immune system)
- **Severe Obesity**
  (Body Mass Index of 40 or higher)

We recommend that you contact your attorney. If you have a pre-existing condition that you believe puts you at risk, it is **your responsibility** to provide all necessary medical records to the prison.

The ACLU of Ohio and OJPC seek to represent the class of inmates the judge deems medically eligible for transfer, but we cannot represent you as an individual.


