UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| CRAIG WILSON, et al., | CASE NO. 4:20-cv-00794 |
| Petitioners, | ORDER |
| vs. |  |
| MARK WILLIAMS, et al., |  |
| Respondents. |  |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On April 13, 2020, Petitioners, inmates at Elkton Federal Correctional Institution, brought this emergency habeas action seeking release from Elkton due to the spread of COVID-19 within the prison.[1] On April 22, 2020, this Court granted a preliminary injunction in favor of Petitioners.[2]

On May 7, 2020, the Court held a hearing and ordered the parties to agree on a notice to send to Elkton inmates.[3] On May 11, Petitioners filed a motion to circulate the notice with a proposed notice and procedure.[4] The same day, Respondents filed a response objecting to certain portions of the proposed notice and procedure.[5] Petitioners replied.[6]

The Court approves the notice attached to Petitioners' most recent filing with the following edit. The first page of the notice should be edited to read: "2. You have one or

---

[1] Doc. 1.
[2] Doc. 22.
[3] Doc. 55.
[4] Doc. 59.
[5] Doc. 60.
[6] Doc. 65.

Case No. 4:20-cv-00794
Gwin, J.

more documented medical conditions listed on the back of this page that puts you at high risk for getting very sick from COVID-19."

Additionally, the Court approves the following procedure for providing notice:

1. Petitioners are to print and ship to Elkton 2,400 printed copies of a questionnaire flyer and medical authorization pre-stuffed into envelopes.  Petitioners will deliver all materials to Elkton at or before 5:00 p.m. on Thursday, May 14, 2020 (including stuffed, sealable envelopes, boxes, and shipping information).

2. Instead of posting posters, BOP staff will send a trulinks notice to every inmate at Elkton with the information on the approved notice.

3. Petitioners will provide 25 unsealed file boxes or 25 similar receptacles, with small openings in the top of each, for collection of sealed envelopes.  Petitioners will also provide 1-2 larger boxes to combine envelopes from the 25 file boxes.

4. Respondents are to place all file boxes and distribute all envelopes at or before 9:00 a.m. on Friday, May 15, 2020, and collect all file boxes at or after 3:00 p.m. on Saturday, May 16, 2020.  Upon collection, Respondents will combine the sealed envelopes from all file boxes into the provided 1-2 larger boxes, dispose of the 25 file boxes, and ship the larger boxes to a provided address by overnight delivery sent by 10 a.m. on Sunday, May 17, 2020.

5. Petitioners will provide copies of the collected documents by end of day, Wednesday, May 20, 2020.

6.  Respondents are to provide the electronic medical records of inmates who have completed medical release forms on a rolling basis, with all medical records to be

Case No. 4:20-cv-00794
Gwin, J.

produced within 5 calendar days of receiving such requests.

  IT IS SO ORDERED.

Dated: May 13, 2020         *s/  James S. Gwin*
                 JAMES S. GWIN
                 UNITED STATES DISTRICT JUDGE