MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 5/14/2020 |
| Judge: | James S. Gwin |
| Case No.: | 4:20-cv-00794 |
| Court Reporter: | G. Staiduhar |

CRAIG WILSON, ET AL,                    )
                                        )
    Petitioners,                        )
                                        )
vs.                                     )
                                        )
WARDEN MARK WILLIAMS, ET AL.,           )
                                        )
    Respondents.                        )

MATTERS CONSIDERED: Status Conference held.

TOTAL TIME: 45 minutes             s/    Kayla Sartschev
                                                                         Courtroom Deputy Clerk