# Exhibit B

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Register Number** | **Name** | **Court of** | **Docket Number** | **RIS Request Made** | **Decision** | **Denial Reason** |
| 2 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 3 | | | FIAN | | No | | |
| 4 | | | FRQ | | No | | |
| 5 | | | FINN | | No | | |
| 6 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 7 | | | FDCD | | No | | |
| 8 | | | FINS | | No | | |
| 9 | | | FILN | | No | | |
| 10 | | | FMN | | No | | |
| 11 | | | FMIW | | No | | |
| 12 | | | FTXN | | No | | |
| 13 | | | FMIW | | No | | |
| 14 | | | FGAM | | No | | |
| 15 | | | FOHN | | No | | |
| 16 | | | FPAE | | Yes | Denied | Does not meet medical criteria |
| 17 | | | FVAW | | No | | |
| 18 | | | FMOE | | No | | |
| 19 | | | FOKN | | Yes | Denied | Does not meet medical criteria |
| 20 | | | FILS | | No | | |
| 21 | | | FMIE | | No | | |
| 22 | | | FWVN | | Yes | Denied | Does not meet medical criteria |
| 23 | | | FMN | | Yes | Denied | Does not meet medical criteria |
| 24 | | | FILS | | Yes | Denied | Does not meet medical criteria |
| 25 | | | FKYE | | No | | |
| 26 | | | FALS | | No | | |
| 27 | | | FMIW | | No | | |
| 28 | | | FVAE | | Yes | Denied | Does not meet medical criteria |
| 29 | | | FTNE | | No | | |
| 30 | | | FNCM | | Yes | Denied | Does not meet medical criteria |
| 31 | | | FMD | | No | | |
| 32 | | | FNYN | | No | | |
| 33 | | | FNJ | | No | | |
| 34 | | | FOHS | | No | | |
| 35 | | | FNCW | | No | | |
| 36 | | | FFLN | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 37 | | | FVAW | | No | | |
| 38 | | | FINS | | No | | |
| 39 | | | FNYW | | Yes | Denied | Does not meet medical criteria |
| 40 | | | FKYW | | Yes | Denied | Does not meet medical criteria |
| 41 | | | FWVN | | No | | |
| 42 | | | FNYW | | No | | |
| 43 | | | FWVN | | Yes | Denied | Does not meet medical criteria |
| 44 | | | FPAW | | No | | |
| 45 | | | FOHN | | No | | |
| 46 | | | FND | | No | | |
| 47 | | | FINS | | No | | |
| 48 | | | FOHN | | No | | |
| 49 | | | FKYE | | No | | |
| 50 | | | FINS | | No | | |
| 51 | | | FMIE | | | | |
| 52 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 53 | | | FMIE | | | | |
| 54 | | | FPAE | | No | | |
| 55 | | | FNCM | | Yes | Denied | Does not meet medical criteria |
| 56 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 57 | | | FMIE | | No | | |
| 58 | | | FILS | | No | | |
| 59 | | | FNYE | | No | | |
| 60 | | | FMIE | | No | | |
| 61 | | | FINS | | No | | |
| 62 | | | FKYW | | No | | |
| 63 | | | FPAM | | No | | |
| 64 | | | FTXN | | No | | |
| 65 | | | FWVS | | No | | |
| 66 | | | FOHN | | No | Being Considered | Pending further review |
| 67 | | | FPAW | | | | |
| 68 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 69 | | | FWVS | | | | |
| 70 | | | FILC | | No | | |
| 71 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 72 | | | FLAW | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 73 | | | FMIE | | No | | |
| 74 | | | FOHS | | No | | |
| 75 | | | MAR | | No | | |
| 76 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 77 | | | FVAW | | Yes | Denied | COVID-19 only |
| 78 | | | FILC | | Yes | Denied | Does not meet medical criteria |
| 79 | | | FMT | | Yes | Denied | Does not meet medical criteria |
| 80 | | | FFLS | | No | | |
| 81 | | | FWVN | | No | | |
| 82 | | | FILC | | No | | |
| 83 | | | FPAW | | Yes | Denied | COVID-19 only |
| 84 | | | FPAM | | Yes | Denied | Does not meet medical criteria |
| 85 | | | FIAS | | No | | |
| 86 | | | FKYE | | No | | |
| 87 | | | FILN | | No | | |
| 88 | | | FMIW | | No | | |
| 89 | | | FARE | | Yes | Denied | Does not meet medical criteria |
| 90 | | | FNCM | | No | | |
| 91 | | | FILS | | No | | |
| 92 | | | FIAN | | No | | |
| 93 | | | FVAW | | No | | |
| 94 | | | FKYW | | No | | |
| 95 | | | FDCS | | No | | |
| 96 | | | FPAW | | No | | |
| 97 | | | FGAN | | No | | |
| 98 | | | FOHN | | No | | |
| 99 | | | FPAW | | Yes | Denied | Does not meet medical criteria |
| 100 | | | FNYS | | No | | |
| 101 | | | FPAW | | Yes | Denied | Does not meet medical criteria |
| 102 | | | FOHN | | No | | |
| 103 | | | FOHN | | No | | |
| 104 | | | FILN | | No | | |
| 105 | | | FMIW | | Yes | Denied | Does not meet medical criteria |
| 106 | | | FINN | | No | | |
| 107 | | | FILN | | Yes | Denied | Does not meet medical criteria |
| 108 | | | FOHN | | Yes | Denied | Does not meet medical criteria |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 109 | | | FMOE | | Yes | Denied | Does not meet medical criteria |
| 110 | | | FALS | | Yes | Denied | Does not meet medical criteria |
| 111 | | | FGAN | | No | | |
| 112 | | | FPAW | | Yes | Denied | Does not meet medical criteria |
| 113 | | | FNJ | | No | | |
| 114 | | | FTNE | | No | | |
| 115 | | | FILS | | Yes | Denied | Does not meet medical criteria |
| 116 | | | FOHN | | No | | |
| 117 | | | FNYW | | Yes | Denied | Does not meet medical criteria |
| 118 | | | FWIE | | No | | |
| 119 | | | FILS | | No | | |
| 120 | | | FILN | | No | | |
| 121 | | | FINN | | No | | |
| 122 | | | FMIE | | No | | |
| 123 | | | FPAW | | No | | |
| 124 | | | FIAS | | No | | |
| 125 | | | FPAW | | No | | |
| 126 | | | FILN | | No | | |
| 127 | | | FMOW | | No | | |
| 128 | | | FMN | | No | | |
| 129 | | | FARE | | Yes | Denied | Does not meet medical criteria |
| 130 | | | FINS | | No | | |
| 131 | | | FOHN | | No | | |
| 132 | | | FND | | No | | |
| 133 | | | FTXS | | Yes | Denied | COVID-19 only |
| 134 | | | FOR | | No | | |
| 135 | | | FAZ | | No | | |
| 136 | | | FWVN | | No | | |
| 137 | | | FPAE | | Yes | Denied | Does not meet medical criteria |
| 138 | | | FILS | | Yes | Denied | Does not meet medical criteria |
| 139 | | | FNCW | | Yes | Denied | Does not meet medical criteria |
| 140 | | | FPAW | | Yes | Denied | Does not meet medical criteria |
| 141 | | | FNCM | | Yes | Denied | Does not meet medical criteria |
| 142 | | | FNYE | | No | | |
| 143 | | | FMN | | No | | |
| 144 | | | FMIE | | Yes | Denied | Does not meet medical criteria |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 145 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 146 | | | FINN | | Yes | Denied | Does not meet medical criteria |
| 147 | | | FOHN | | No | | |
| 148 | | | FMIW | | Yes | Denied | Does not meet medical criteria |
| 149 | | | FFLM | | No | | |
| 150 | | | FMOE | | No | | |
| 151 | | | FILN | | Yes | Denied | Does not meet medical criteria |
| 152 | | | FIAS | | No | | |
| 153 | | | FOHS | | No | | |
| 154 | | | FWVS | | No | | |
| 155 | | | FINS | | No | | |
| 156 | | | FMIE | | No | | |
| 157 | | | FOHN | | No | | |
| 158 | | | FINS | | No | | |
| 159 | | | FOHN | | No | | |
| 160 | | | FILN | | No | | |
| 161 | | | FNJ | | No | | |
| 162 | | | FLAE | | No | | |
| 163 | | | FINN | | Yes | Denied | Does not meet medical criteria |
| 164 | | | FVAW | | No | | |
| 165 | | | FGAN | | No | | |
| 166 | | | FILC | | No | | |
| 167 | | | FOHS | | No | | |
| 168 | | | FOHN | | No | | |
| 169 | | | FVAW | | No | | |
| 170 | | | FOHS | | Yes | Denied | Does not meet medical criteria |
| 171 | | | FINS | | No | | |
| 172 | | | FINN | | Yes | Denied | Does not meet medical criteria |
| 173 | | | FIAS | | Yes | Denied | Does not meet medical criteria |
| 174 | | | FMOW | | No | | |
| 175 | | | FMIW | | No | | |
| 176 | | | FWIE | | Yes | Denied | Does not meet medical criteria |
| 177 | | | FKYW | | No | | |
| 178 | | | FMIE | | No | Denied | Does not meet medical criteria |
| 179 | | | FRQ | | No | | |
| 180 | | | FMD | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 181 | | | FINS | | No | | |
| 182 | | | FWY | | Yes | Denied | Does not meet medical criteria |
| 183 | | | FOHN | | No | | |
| 184 | | | FOHN | | No | | |
| 185 | | | FOHS | | Yes | Denied | Does not meet medical criteria |
| 186 | | | FTNE | | No | | |
| 187 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 188 | | | FMIE | | No | | |
| 189 | | | FOHS | | No | | |
| 190 | | | FMIW | | Yes | Denied | Does not meet medical criteria |
| 191 | | | FMIE | | No | | |
| 192 | | | FVAE | | Yes | Denied | Does not meet medical criteria |
| 193 | | | FKYE | | No | | |
| 194 | | | FMOE | | No | | |
| 195 | | | FMD | | No | | |
| 196 | | | FMIE | | No | | |
| 197 | | | FNYN | | No | | |
| 198 | | | FILC | | No | | |
| 199 | | | FSC | | Yes | Denied | Does not meet medical criteria |
| 200 | | | FMD | | No | | |
| 201 | | | FOHN | | No | | |
| 202 | | | FDCS | | No | | |
| 203 | | | FILC | | No | | |
| 204 | | | FNYN | | No | | |
| 205 | | | FVAW | | No | | |
| 206 | | | FINS | | Yes | Denied | Does not meet medical criteria |
| 207 | | | FKYE | | No | | |
| 208 | | | FOHS | | No | | |
| 209 | | | FVAE | | No | | |
| 210 | | | FOHS | | No | | |
| 211 | | | FINS | | No | | |
| 212 | | | FOHN | | No | | |
| 213 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 214 | | | FMN | | No | | |
| 215 | | | FNYS | | No | | |
| 216 | | | FND | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 217 | | | FKYE | | No | | |
| 218 | | | FNCM | | No | | |
| 219 | | | FWVN | | No | | |
| 220 | | | FIAS | | No | | |
| 221 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 222 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 223 | | | FPAE | | Yes | Denied | Does not meet medical criteria |
| 224 | | | FKYE | | No | | |
| 225 | | | FMN | | No | | |
| 226 | | | FWAE | | No | | |
| 227 | | | FILC | | No | | |
| 228 | | | FTNE | | No | | |
| 229 | | | FKYE | | Yes | Denied | Does not meet medical criteria |
| 230 | | | FDE | | Yes | Denied | Does not meet medical criteria |
| 231 | | | FMD | | No | | |
| 232 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 233 | | | FWIE | | Yes | Denied | Does not meet medical criteria |
| 234 | | | FKYE | | Yes | Denied | Does not meet medical criteria |
| 235 | | | FMD | | Yes | Denied | Does not meet medical criteria |
| 236 | | | FOHN | | No | | |
| 237 | | | FNCE | | No | | |
| 238 | | | FOHN | | No | | |
| 239 | | | FOHN | | No | | |
| 240 | | | FNCM | | No | | |
| 241 | | | FOHN | | No | | |
| 242 | | | FPAE | | Yes | Denied | Does not meet medical criteria |
| 243 | | | FMD | | No | | |
| 244 | | | FTNE | | No | | |
| 245 | | | FAZ | | Yes | Denied | Does not meet medical criteria |
| 246 | | | FOHN | | No | | |
| 247 | | | FSC | | No | | |
| 248 | | | FKYE | | No | | |
| 249 | | | FNCM | | No | | |
| 250 | | | FMIE | | No | | |
| 251 | | | FTXE | | Yes | Denied | Does not meet medical criteria |
| 252 | | | FCAS | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 253 | | | FMN | | No | | |
| 254 | | | FCAS | | Yes | Denied | Does not meet medical criteria |
| 255 | | | FILN | | No | | |
| 256 | | | FFLM | | Yes | Denied | Does not meet medical criteria |
| 257 | | | FWVN | | No | | |
| 258 | | | FILN | | No | Being Considered | Dependant on family responsibility |
| 259 | | | FTXW | | No | | |
| 260 | | | FNM | | No | | |
| 261 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 262 | | | FOHN | | No | | |
| 263 | | | FMIE | | No | | |
| 264 | | | FWIE | | No | | |
| 265 | | | FKYE | | No | | |
| 266 | | | FTNE | | No | | |
| 267 | | | FILN | | Yes | Denied | Does not meet medical criteria |
| 268 | | | FWAW | | Yes | Denied | Does not meet medical criteria |
| 269 | | | FWVS | | No | | |
| 270 | | | FKYE | | No | | |
| 271 | | | FMIW | | Yes | Denied | COVID-19 only |
| 272 | | | FNYW | | No | | |
| 273 | | | FTNE | | No | | |
| 274 | | | FPAE | | No | | |
| 275 | | | FCAN | | Yes | Denied | Does not meet medical criteria |
| 276 | | | FOHN | | No | | |
| 277 | | | FOHS | | Yes | Denied | Does not meet medical criteria |
| 278 | | | FNYS | | Yes | Denied | Does not meet medical criteria |
| 279 | | | FMIE | | No | | |
| 280 | | | FWVS | | No | | |
| 281 | | | FTNE | | Yes | Denied | Does not meet medical criteria |
| 282 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 283 | | | FPAW | | No | | |
| 284 | | | FDCD | | No | | |
| 285 | | | FKYE | | No | | |
| 286 | | | FKYE | | No | | |
| 287 | | | FILN | | No | | |
| 288 | | | FOHN | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 289 | | | FDCS | | No | | |
| 290 | | | FPAW | | No | | |
| 291 | | | FMIW | | Yes | Denied | Does not meet medical criteria |
| 292 | | | FALN | | No | | |
| 293 | | | FILN | | No | | |
| 294 | | | FILC | | No | | |
| 295 | | | FTNE | | No | | |
| 296 | | | FIAS | | No | | |
| 297 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 298 | | | FNYW | | No | | |
| 299 | | | FMIW | | No | | |
| 300 | | | FILN | | Yes | Denied | Does not meet medical criteria |
| 301 | | | FWVN | | No | | |
| 302 | | | FKYE | | No | | |
| 303 | | | FKYW | | No | | |
| 304 | | | FILC | | No | | |
| 305 | | | FMN | | No | | |
| 306 | | | FMIE | | No | | |
| 307 | | | FOHN | | No | | |
| 308 | | | FNCM | | Yes | Denied | Does not meet medical criteria |
| 309 | | | FOHS | | No | | |
| 310 | | | FTXS | | Yes | Being Considered | Working on release plan |
| 311 | | | FOHS | | No | | |
| 312 | | | FINN | | No | | |
| 313 | | | FMIE | | No | | |
| 314 | | | FOHN | | No | | |
| 315 | | | FTXS | | No | | |
| 316 | | | FNYE | | No | | |
| 317 | | | FILN | | No | | |
| 318 | | | FTNE | | No | | |
| 319 | | | FINN | | No | | |
| 320 | | | FKYE | | No | | |
| 321 | | | FMIE | | No | | |
| 322 | | | FWIE | | No | | |
| 323 | | | FMIW | | No | | |
| 324 | | | FMIW | | Yes | Denied | Does not meet medical criteria |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 325 | | | FSC | | No | | |
| 326 | | | FPAE | | Yes | Denied | Does not meet medical criteria |
| 327 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 328 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 329 | | | FCAC | | No | | |
| 330 | | | FINS | | No | | |
| 331 | | | FMN | | No | | |
| 332 | | | FKYE | | No | | |
| 333 | | | FIAS | | No | | |
| 334 | | | FWIW | | Yes | Denied | Does not meet medical criteria |
| 335 | | | FINS | | Yes | Denied | Does not meet medical criteria |
| 336 | | | FMOW | | Yes | Denied | Does not meet medical criteria |
| 337 | | | FMIE | | No | | |
| 338 | | | FTNE | | Yes | Denied | Does not meet medical criteria |
| 339 | | | FOHN | | No | | |
| 340 | | | FNYW | | No | | |
| 341 | | | FTNM | | No | | |
| 342 | | | FWVS | | No | | |
| 343 | | | FMD | | No | | |
| 344 | | | FSC | | No | | |
| 345 | | | FNCM | | No | | |
| 346 | | | FNYN | | No | | |
| 347 | | | FOHN | | No | | |
| 348 | | | FALS | | No | Being Considered | Pending further review |
| 349 | | | FTNE | | Yes | Denied | Does not meet medical criteria |
| 350 | | | FOHN | | No | | |
| 351 | | | FVAE | | No | | |
| 352 | | | FIAS | | No | | |
| 353 | | | FPAM | | No | | |
| 354 | | | FPAM | | No | | |
| 355 | | | FINN | | No | | |
| 356 | | | FKYW | | No | | |
| 357 | | | FINS | | No | | |
| 358 | | | FMIE | | No | | |
| 359 | | | FMSS | | No | | |
| 360 | | | FKYE | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 361 | | | FTNE | | Yes | Denied | Does not meet medical criteria |
| 362 | | | FPAE | | No | | |
| 363 | | | FVAE | | No | | |
| 364 | | | FMA | | No | | |
| 365 | | | FCAE | | No | | |
| 366 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 367 | | | FILC | | No | | |
| 368 | | | FOHN | | No | | |
| 369 | | | FMIW | | No | | |
| 370 | | | FILC | | Yes | Denied | Does not meet medical criteria |
| 371 | | | FPAW | | No | | |
| 372 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 373 | | | FMIE | | No | | |
| 374 | | | FPAW | | Yes | Denied | Does not meet medical criteria |
| 375 | | | FINS | | No | | |
| 376 | | | FIAN | | No | | |
| 377 | | | FINN | | No | | |
| 378 | | | FKYE | | Yes | Denied | COVID-19 only |
| 379 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 380 | | | FOHN | | No | | |
| 381 | | | FOHS | | No | | |
| 382 | | | FILS | | Yes | Denied | Does not meet medical criteria |
| 383 | | | FILN | | No | | |
| 384 | | | FVAW | | Yes | Denied | Does not meet medical criteria |
| 385 | | | FLAW | | Yes | Denied | Does not meet medical criteria |
| 386 | | | FMIE | | No | | |
| 387 | | | FLAW | | No | | |
| 388 | | | FVAE | | No | | |
| 389 | | | FPAM | | No | | |
| 390 | | | FKYE | | Yes | Denied | Does not meet medical criteria |
| 391 | | | FILC | | Yes | Denied | Does not meet medical criteria |
| 392 | | | FTNM | | Yes | Denied | COVID-19 only |
| 393 | | | FNCW | | No | | |
| 394 | | | FPAW | | No | | |
| 395 | | | FPAW | | No | | |
| 396 | | | FMIE | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 397 | | | FMIE | | No | | |
| 398 | | | FINN | | No | | |
| 399 | | | FKYE | | Yes | Denied | Does not meet medical criteria |
| 400 | | | FCT | | No | | |
| 401 | | | FOHN | | No | | |
| 402 | | | FILN | | Yes | Denied | Does not meet medical criteria |
| 403 | | | FMIE | | No | | |
| 404 | | | FWAW | | No | | |
| 405 | | | FILN | | Yes | Denied | Does not meet medical criteria |
| 406 | | | FWIE | | Yes | Denied | Does not meet medical criteria |
| 407 | | | FOHN | | No | | |
| 408 | | | FILS | | Yes | Denied | Does not meet medical criteria |
| 409 | | | FLAW | | No | | |
| 410 | | | FMIE | | No | | |
| 411 | | | FPAW | | Yes | Denied | Does not meet medical criteria |
| 412 | | | FWVS | | Yes | Denied | Does not meet medical criteria |
| 413 | | | FOHS | | Yes | Denied | COVID-19 only |
| 414 | | | FMOW | | No | | |
| 415 | | | FWVN | | No | | |
| 416 | | | FOHS | | No | | |
| 417 | | | FMIW | | No | | |
| 418 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 419 | | | FNYW | | No | | |
| 420 | | | FMOE | | No | | |
| 421 | | | FFLS | | No | | |
| 422 | | | FND | | Yes | Denied | Does not meet medical criteria |
| 423 | | | FINS | | Yes | Denied | Does not meet medical criteria |
| 424 | | | FWIE | | No | | |
| 425 | | | FNCW | | No | | |
| 426 | | | FWVN | | No | | |
| 427 | | | FMIE | | No | | |
| 428 | | | FOHN | | No | | |
| 429 | | | FINS | | No | | |
| 430 | | | FCO | | No | | |
| 431 | | | FPAW | | No | | |
| 432 | | | FFLS | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 433 | | | FTXW | | No | | |
| 434 | | | FWVS | | No | | |
| 435 | | | FNYW | | Yes | Denied | Does not meet medical criteria |
| 436 | | | FMIE | | No | | |
| 437 | | | FOHS | | No | Being Considered | Working on release plan |
| 438 | | | FFLN | | No | | |
| 439 | | | FTNE | | No | | |
| 440 | | | FOHS | | No | | |
| 441 | | | FFLN | | Yes | Denied | Does not meet medical criteria |
| 442 | | | FMN | | Yes | Denied | Does not meet medical criteria |
| 443 | | | FOHS | | No | | |
| 444 | | | FWVN | | Yes | Denied | Does not meet medical criteria |
| 445 | | | FKYE | | Yes | Denied | Does not meet medical criteria |
| 446 | | | FNCE | | Yes | Denied | Does not meet medical criteria |
| 447 | | | FOR | | No | | |
| 448 | | | FPAM | | No | | |
| 449 | | | FNYS | | Yes | Denied | Does not meet medical criteria |
| 450 | | | FPAW | | No | | |
| 451 | | | FINS | | Yes | Denied | Does not meet medical criteria |
| 452 | | | FFLM | | No | | |
| 453 | | | FMIE | | No | | |
| 454 | | | FMIW | | No | | |
| 455 | | | FNCW | | Yes | Denied | Does not meet medical criteria |
| 456 | | | FILN | | No | | |
| 457 | | | FWVS | | No | | |
| 458 | | | FMIW | | No | | |
| 459 | | | FOHN | | No | | |
| 460 | | | FOHN | | No | | |
| 461 | | | FTNE | | No | | |
| 462 | | | FOHS | | No | | |
| 463 | | | FWAW | | No | | |
| 464 | | | FWIE | | Yes | Denied | Does not meet medical criteria |
| 465 | | | FMIW | | No | | |
| 466 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 467 | | | FOHN | | No | | |
| 468 | | | FNCW | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 469 | | | FWIE | | No | | |
| 470 | | | FPAW | | Yes | Denied | Does not meet medical criteria |
| 471 | | | FOHS | | No | | |
| 472 | | | FND | | Yes | Denied | Does not meet medical criteria |
| 473 | | | FIAN | | Yes | Denied | Does not meet medical criteria |
| 474 | | | FPAE | | No | | |
| 475 | | | FINS | | No | | |
| 476 | | | FOHN | | No | | |
| 477 | | | FTNE | | Yes | Denied | Does not meet medical criteria |
| 478 | | | FTNE | | No | | |
| 479 | | | FTXN | | No | | |
| 480 | | | FTXW | | Yes | Denied | Does not meet medical criteria |
| 481 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 482 | | | FTXS | | No | | |
| 483 | | | FMSN | | No | | |
| 484 | | | FKYE | | No | | |
| 485 | | | FIAN | | Yes | Denied | Does not meet medical criteria |
| 486 | | | FPAW | | No | | |
| 487 | | | FNYW | | Yes | Denied | Does not meet medical criteria |
| 488 | | | FDE | | No | | |
| 489 | | | FOHN | | No | | |
| 490 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 491 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 492 | | | FFLN | | No | | |
| 493 | | | FSC | | No | | |
| 494 | | | FILN | | No | | |
| 495 | | | FILN | | No | | |
| 496 | | | FOHN | | No | | |
| 497 | | | FMIW | | No | | |
| 498 | | | FILC | | No | | |
| 499 | | | FMIE | | No | | |
| 500 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 501 | | | FMIW | | Yes | Denied | COVID-19 only |
| 502 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 503 | | | FMIE | | No | | |
| 504 | | | FKYE | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 505 | | | FMIW | | No | | |
| 506 | | | FTXN | | No | | |
| 507 | | | FILN | | No | | |
| 508 | | | FOHN | | No | | |
| 509 | | | FPAW | | No | | |
| 510 | | | FTNE | | No | | |
| 511 | | | FMIW | | No | | |
| 512 | | | FKYE | | Yes | Denied | Does not meet medical criteria |
| 513 | | | FOHN | | No | | |
| 514 | | | FOHS | | No | | |
| 515 | | | FMIE | | No | | |
| 516 | | | FVAE | | No | | |
| 517 | | | FWIW | | No | | |
| 518 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 519 | | | FILN | | Yes | Denied | Does not meet medical criteria |
| 520 | | | FWVN | | No | | |
| 521 | | | FMOW | | No | | |
| 522 | | | FINN | | Yes | Denied | Does not meet medical criteria |
| 523 | | | FNYW | | No | | |
| 524 | | | FWVS | | No | | |
| 525 | | | FMIE | | No | | |
| 526 | | | FMIE | | No | | |
| 527 | | | FINS | | No | | |
| 528 | | | FIAS | | Yes | Denied | COVID-19 only |
| 529 | | | FILN | | No | | |
| 530 | | | FMIW | | No | | |
| 531 | | | FMIW | | No | | |
| 532 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 533 | | | FOHS | | No | | |
| 534 | | | FPAW | | No | | |
| 535 | | | FOHS | | Yes | Denied | Does not meet medical criteria |
| 536 | | | FNM | | No | | |
| 537 | | | FWVS | | Yes | Denied | Does not meet medical criteria |
| 538 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 539 | | | FNYS | | No | | |
| 540 | | | FOHN | | Yes | Denied | Does not meet medical criteria |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 541 | | | FOHN | | No | | |
| 542 | | | FWVN | | No | Being Considered | Pending further review |
| 543 | | | FNYW | | No | | |
| 544 | | | FTNM | | No | | |
| 545 | | | FNYS | | Yes | Denied | Does not meet medical criteria |
| 546 | | | FILN | | No | | |
| 547 | | | FOHS | | No | | |
| 548 | | | FMOE | | No | | |
| 549 | | | FMN | | No | | |
| 550 | | | FOHN | | No | | |
| 551 | | | FOHN | | Yes | Denied | COVID-19 only |
| 552 | | | FRQ | | No | | |
| 553 | | | FILN | | No | | |
| 554 | | | FNYW | | Yes | Denied | Does not meet medical criteria |
| 555 | | | FPAW | | No | | |
| 556 | | | FMD | | No | | |
| 557 | | | FNCE | | No | | |
| 558 | | | FINN | | No | | |
| 559 | | | FMIE | | No | | |
| 560 | | | FILN | | Yes | Denied | Does not meet medical criteria |
| 561 | | | FWVS | | No | | |
| 562 | | | FWVN | | Yes | Denied | Does not meet medical criteria |
| 563 | | | FOHN | | No | | |
| 564 | | | FNIE | | No | | |
| 565 | | | FNV | | No | | |
| 566 | | | FMIW | | Yes | Denied | Does not meet medical criteria |
| 567 | | | FINS | | No | | |
| 568 | | | FINN | | No | | |
| 569 | | | FOHS | | No | | |
| 570 | | | FVAE | | No | | |
| 571 | | | FMT | | No | | |
| 572 | | | FPAW | | Yes | Denied | Does not meet medical criteria |
| 573 | | | FMIE | | No | | |
| 574 | | | FINN | | Yes | Denied | Does not meet medical criteria |
| 575 | | | FPAW | | No | | |
| 576 | | | FKYE | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 577 | | | FNCM | | Yes | Denied | Does not meet medical criteria |
| 578 | | | FOHS | | No | | |
| 579 | | | FMIW | | No | | |
| 580 | | | FFLM | | Yes | Denied | Does not meet medical criteria |
| 581 | | | FWVS | | Yes | Denied | Does not meet medical criteria |
| 582 | | | FMD | | No | | |
| 583 | | | FFLS | | No | | |
| 584 | | | FOHS | | Yes | Denied | Does not meet medical criteria |
| 585 | | | FMN | | Yes | Denied | Does not meet medical criteria |
| 586 | | | FMIE | | No | | |
| 587 | | | FILN | | No | Being Considered | Working on release plan |
| 588 | | | FIAN | | No | | |
| 589 | | | FMIW | | No | | |
| 590 | | | FVAW | | Yes | Denied | Does not meet medical criteria |
| 591 | | | FMD | | No | | |
| 592 | | | FNCM | | No | | |
| 593 | | | FKYW | | No | | |
| 594 | | | FILN | | Yes | Denied | Does not meet medical criteria |
| 595 | | | FINN | | Yes | Denied | Does not meet medical criteria |
| 596 | | | FINN | | Yes | Denied | Does not meet medical criteria |
| 597 | | | FMIW | | No | | |
| 598 | | | FMIW | | No | | |
| 599 | | | FWIE | | Yes | Denied | Does not meet medical criteria |
| 600 | | | FOHN | | No | | |
| 601 | | | FNYW | | Yes | Denied | Does not meet medical criteria |
| 602 | | | FINN | | Yes | Denied | Does not meet medical criteria |
| 603 | | | FMIW | | No | | |
| 604 | | | FIAN | | Yes | Denied | Does not meet medical criteria |
| 605 | | | FOHS | | Yes | Denied | Does not meet medical criteria |
| 606 | | | FPAE | | No | | |
| 607 | | | FKYE | | Yes | Denied | Does not meet medical criteria |
| 608 | | | FPAW | | No | | |
| 609 | | | FMIE | | No | | |
| 610 | | | FTNW | | No | | |
| 611 | | | FOHN | | No | | |
| 612 | | | FNYW | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 613 | | | FWAE | | No | | |
| 614 | | | FCT | | No | | |
| 615 | | | FVAW | | No | | |
| 616 | | | FPAW | | No | | |
| 617 | | | FVAW | | Yes | Denied | Does not meet medical criteria |
| 618 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 619 | | | FWVS | | Yes | Denied | Does not meet medical criteria |
| 620 | | | FILN | | No | | |
| 621 | | | FNCE | | Yes | Denied | Does not meet medical criteria |
| 622 | | | FTNE | | Yes | Denied | Does not meet medical criteria |
| 623 | | | FILN | | Yes | Denied | Does not meet medical criteria |
| 624 | | | FKYE | | No | | |
| 625 | | | FNYS | | No | | |
| 626 | | | FMOW | | No | | |
| 627 | | | FMIE | | No | | |
| 628 | | | FNCW | | No | | |
| 629 | | | FTXS | | Yes | Denied | Does not meet medical criteria |
| 630 | | | FINS | | No | | |
| 631 | | | FILN | | No | | |
| 632 | | | FWVN | | No | | |
| 633 | | | FOHS | | No | | |
| 634 | | | FMIE | | No | | |
| 635 | | | FND | | No | | |
| 636 | | | FOHS | | No | | |
| 637 | | | FOHN | | No | | |
| 638 | | | FVAE | | Yes | Denied | Does not meet medical criteria |
| 639 | | | FILC | | No | | |
| 640 | | | FSC | | No | | |
| 641 | | | FILC | | Yes | Denied | Does not meet medical criteria |
| 642 | | | FWIE | | Yes | Denied | COVID-19 only |
| 643 | | | FMIE | | No | | |
| 644 | | | FME | | No | | |
| 645 | | | FMIE | | No | | |
| 646 | | | FNYS | | No | | |
| 647 | | | FMIE | | No | | |
| 648 | | | FNYW | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 649 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 650 | | | FWIW | | No | | |
| 651 | | | FOHN | | No | | |
| 652 | | | FMIE | | No | | |
| 653 | | | FOHS | | Yes | Denied | Does not meet medical criteria |
| 654 | | | FND | | Yes | Denied | Does not meet medical criteria |
| 655 | | | FNYW | | Yes | Denied | Does not meet medical criteria |
| 656 | | | FVAE | | Yes | Denied | Does not meet medical criteria |
| 657 | | | FILN | | No | | |
| 658 | | | FOHN | | No | | |
| 659 | | | FFLM | | No | | |
| 660 | | | FFLN | | No | | |
| 661 | | | FMIW | | No | | |
| 662 | | | FMIE | | No | | |
| 663 | | | FDCD | | No | | |
| 664 | | | FSC | | Yes | Denied | Does not meet medical criteria |
| 665 | | | FMIW | | No | | |
| 666 | | | FGAS | | Yes | Denied | Does not meet medical criteria |
| 667 | | | FOHS | | No | | |
| 668 | | | FRI | | No | | |
| 669 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 670 | | | FNCE | | No | | |
| 671 | | | FMOW | | No | | |
| 672 | | | FWVN | | Yes | Denied | Does not meet medical criteria |
| 673 | | | FTNE | | Yes | Denied | Does not meet medical criteria |
| 674 | | | FOHN | | No | | |
| 675 | | | FMIE | | No | | |
| 676 | | | FTNE | | Yes | Denied | Does not meet medical criteria |
| 677 | | | FOHN | | No | | |
| 678 | | | FILC | | No | | |
| 679 | | | FINS | | Yes | Denied | Does not meet medical criteria |
| 680 | | | FWVN | | No | | |
| 681 | | | FILS | | Yes | Denied | Does not meet medical criteria |
| 682 | | | FKYE | | No | | |
| 683 | | | FOHN | | No | | |
| 684 | | | FFLN | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 685 | | | FLAE | | No | | |
| 686 | | | FILS | | No | | |
| 687 | | | FILC | | Yes | Denied | Does not meet medical criteria |
| 688 | | | FKYE | | Yes | Denied | Does not meet medical criteria |
| 689 | | | FINS | | No | | |
| 690 | | | FKYE | | No | | |
| 691 | | | FVAW | | Yes | Denied | Does not meet medical criteria |
| 692 | | | FMD | | No | | |
| 693 | | | FNCW | | No | | |
| 694 | | | FPAW | | Yes | Denied | Does not meet medical criteria |
| 695 | | | FMIE | | No | | |
| 696 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 697 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 698 | | | FMIE | | No | | |
| 699 | | | FMIE | | No | | |
| 700 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 701 | | | FMIE | | No | | |
| 702 | | | FKYE | | Yes | Denied | Does not meet medical criteria |
| 703 | | | FMIE | | No | | |
| 704 | | | FMN | | No | | |
| 705 | | | FMN | | No | | |
| 706 | | | FIAS | | No | | |
| 707 | | | FOHS | | No | | |
| 708 | | | FOHN | | No | | |
| 709 | | | FOHS | | No | | |
| 710 | | | FVAE | | No | | |
| 711 | | | FWVN | | No | | |
| 712 | | | FKYE | | No | | |
| 713 | | | FNCE | | No | | |
| 714 | | | FMIW | | No | | |
| 715 | | | FMIE | | No | | |
| 716 | | | FOHN | | No | | |
| 717 | | | FMIW | | No | | |
| 718 | | | FWVS | | No | | |
| 719 | | | FILC | | No | | |
| 720 | | | FWVN | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 721 | | | FWIW | | No | | |
| 722 | | | FWVN | | Yes | Denied | Does not meet medical criteria |
| 723 | | | FOHS | | No | | |
| 724 | | | FOHN | | No | | |
| 725 | | | FIAS | | No | | |
| 726 | | | FNYS | | Yes | Denied | Does not meet medical criteria |
| 727 | | | FMIE | | No | | |
| 728 | | | FFLM | | No | | |
| 729 | | | FKYE | | No | | |
| 730 | | | FKYE | | No | | |
| 731 | | | FFLM | | No | | |
| 732 | | | FNYN | | No | | |
| 733 | | | FINS | | No | | |
| 734 | | | FNCM | | Yes | Denied | Does not meet medical criteria |
| 735 | | | FINN | | No | | |
| 736 | | | FOHS | | No | | |
| 737 | | | FOHS | | Yes | Denied | Does not meet medical criteria |
| 738 | | | FTXW | | No | | |
| 739 | | | FDCS | | No | | |
| 740 | | | FWIW | | No | | |
| 741 | | | FPAW | | No | | |
| 742 | | | FINN | | No | | |
| 743 | | | FINN | | No | | |
| 744 | | | FPAW | | No | | |
| 745 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 746 | | | FMIE | | No | | |
| 747 | | | FOHN | | No | | |
| 748 | | | FWIE | | Yes | Denied | Does not meet medical criteria |
| 749 | | | FMIE | | No | | |
| 750 | | | FMIE | | No | | |
| 751 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 752 | | | FOHS | | No | | |
| 753 | | | FKYE | | No | | |
| 754 | | | FMIE | | No | | |
| 755 | | | FNM | | No | | |
| 756 | | | FMIW | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 757 | | | FIAS | | No | | |
| 758 | | | FTNE | | No | | |
| 759 | | | FRQ | | Yes | Denied | COVID-19 only |
| 760 | | | FMIW | | Yes | Denied | Does not meet medical criteria |
| 761 | | | FOHN | | No | | |
| 762 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 763 | | | FVAW | | Yes | Denied | Does not meet medical criteria |
| 764 | | | FND | | No | | |
| 765 | | | FTNE | | No | | |
| 766 | | | FILC | | No | | |
| 767 | | | FMIE | | No | | |
| 768 | | | FMIW | | No | | |
| 769 | | | FILN | | No | | |
| 770 | | | FMIE | | No | | |
| 771 | | | FNJ | | No | | |
| 772 | | | FIAN | | Yes | Denied | Does not meet medical criteria |
| 773 | | | FKYE | | Yes | Denied | Does not meet medical criteria |
| 774 | | | FMA | | No | | |
| 775 | | | FILN | | No | | |
| 776 | | | FOHS | | Yes | Denied | Does not meet medical criteria |
| 777 | | | FIAS | | No | | |
| 778 | | | FILS | | No | | |
| 779 | | | FINS | | No | | |
| 780 | | | FVAW | | No | | |
| 781 | | | FOHS | | No | | |
| 782 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 783 | | | FNCM | | Yes | Denied | Does not meet medical criteria |
| 784 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 785 | | | FKYE | | No | | |
| 786 | | | FMT | | No | | |
| 787 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 788 | | | FMN | | No | | |
| 789 | | | FKYE | | No | | |
| 790 | | | FOR | | No | | |
| 791 | | | FTNE | | No | | |
| 792 | | | FWVS | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 793 | | | FNYN | | Yes | Denied | COVID-19 only |
| 794 | | | FMD | | No | | |
| 795 | | | FOHS | | Yes | Denied | Does not meet medical criteria |
| 796 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 797 | | | FMIE | | No | | |
| 798 | | | FILS | | No | | |
| 799 | | | FINS | | No | | |
| 800 | | | FMN | | Yes | Denied | Does not meet medical criteria |
| 801 | | | FWVS | | Yes | Denied | Does not meet medical criteria |
| 802 | | | FKYW | | No | | |
| 803 | | | FILN | | Yes | Denied | Does not meet medical criteria |
| 804 | | | FPAW | | Yes | Denied | Does not meet medical criteria |
| 805 | | | FTNE | | No | | |
| 806 | | | FILN | | Yes | Denied | Does not meet medical criteria |
| 807 | | | FOHN | | No | | |
| 808 | | | FOHS | | Yes | Denied | Does not meet medical criteria |
| 809 | | | FOR | | No | | |
| 810 | | | FINN | | No | | |
| 811 | | | FOHN | | No | | |
| 812 | | | FPAW | | Yes | Denied | Does not meet medical criteria |
| 813 | | | FILN | | Yes | Denied | Does not meet medical criteria |
| 814 | | | FNYS | | No | | |
| 815 | | | FMN | | No | | |
| 816 | | | FIAN | | No | | |
| 817 | | | FPAM | | Yes | Denied | Does not meet medical criteria |
| 818 | | | FAK | | No | | |
| 819 | | | FKS | | No | | |
| 820 | | | FPAW | | No | | |
| 821 | | | FTNE | | Yes | Denied | Does not meet medical criteria |
| 822 | | | FPAW | | No | | |
| 823 | | | FMOW | | No | | |
| 824 | | | FWVS | | Yes | Denied | Does not meet medical criteria |
| 825 | | | FNYN | | Yes | Denied | Does not meet medical criteria |
| 826 | | | FMIE | | No | | |
| 827 | | | FRI | | Yes | Denied | Does not meet medical criteria |
| 828 | | | FNCW | | No | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 829 | | | FMIW | | No | | |
| 830 | | | FALM | | No | | |
| 831 | | | FFLM | | No | | |
| 832 | | | FOHN | | Yes | Denied | Does not meet medical criteria |
| 833 | | | FOHN | | No | | |
| 834 | | | FMIE | | Yes | Denied | Does not meet medical criteria |
| 835 | | | FILN | | No | | |
| 836 | | | FINS | | No | | |
| 837 | | | FFLN | | No | | |
| 838 | | | FDE | | No | | |