UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG WILSON, et al., | ) | CASE NO.: 4:20cv794 |
| | ) | |
| | ) | |
| Petitioners, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| MARK WILLIAMS, Warden of Elkton | ) | |
| Federal Correctional Institution, et al., | ) | **RESPONDENTS' STATUS REPORT** |
| | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to the Court's May 14, 2020 non-document Order, Respondents respectfully submit the following status report, providing COVID-19 testing data for Federal Correctional Institution Elkton ("Elkton"), this data includes the main facility and the Federal Satellite Low.

Two types of testing are being utilized at Elkton: Abbott Rapid Tests and swab testing by Quest Diagnostics.

**ABBOTT RAPID TESTS**

The Abbott Rapid Test is used as a point-of-service means of testing; meaning, for symptomatic inmates and inmates releasing to the public.  Abbott testing is performed in-house by the Health Services Department.  Abbott tests are done on an as-needed basis any day of the week (i.e. when an inmate presents with symptoms or is scheduled for release to the public). Abbott Tests for May 14, 2020 are as follows:

|  | DAILY | TOTAL (since May 14, 2020) |
|---|---|---|
| **TESTS PERFORMED** | 13 | 13 |
| **POSITIVE** | 2 | 2 |
| **NEGATIVE** | 11 | 11 |

**MASS TESTING – QUEST DIAGNOSTICS**

Pursuant to a contract with the BOP, Quest Diagnostics is performing mass testing of the inmates at Elkton. The mass testing strategy will proceed as follows: testing all inmates at the Federal Satellite Low, then essential workers from the main facility, and finally testing by housing units at the main facility. Mass testing began May 11, 2020. The mass testing schedule is as follows: on Monday and Tuesday swab testing is performed by Health Services at Elkton and the swabs are sent to Quest Diagnostics via FedEx on the day the test is performed, results are reported to Health Services by Quest Diagnostics via email on a rolling basis. The following data is for the week of May 11, 2020:

| DATE SENT TO QUEST | NUMBER OF TESTS |
|---|---|
| **MONDAY, 5/11** | 140 |
| **TUESDAY, 5/12** | 134 |
| **WEDNESDAY 5/13**[1] | 108 |

BOP anticipates reporting the results of Quest Diagnostics mass testing in the status report to be filed Monday, May 18, 2020.

---

[1] This week is an anomaly because test swabs were also sent to Quest Diagnostics on Wednesday.

2

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By: */s/ James R. Bennett II*
      James R. Bennett II (OH #0071663)
      Sara E. DeCaro (OH #0072485)
      David M. DeVito (CA #243695)
      Assistant United States Attorneys
      United States Courthouse
      801 West Superior Ave., Suite 400
      Cleveland, Ohio 44113
      216-622-3988 - Bennett
      216-522-4982 - Fax
      James.Bennett4@usdoj.gov
      Sara.DeCaro@usdoj.gov
      David.DeVito@usdoj.gov

      *Attorneys for Respondents*