# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG WILSON, et al., | ) | CASE NO.: 4:20cv794 |
| | ) | |
| Petitioners, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| MARK WILLIAMS, Warden of Elkton Federal Correctional Institution, et al., | ) | **RESPONDENTS' STATUS REPORT** |
| | ) | |
| Respondents. | ) | |

Pursuant to the Court's May 14, 2020 non-document Order, Respondents respectfully submit the following status report, providing COVID-19 testing data for Federal Correctional Institution Elkton ("Elkton"), this data includes the main facility and the Federal Satellite Low.

## ABBOTT RAPID TESTS

Abbott Tests for May 19, 2020 are as follows:

| | DAILY | TOTAL (since May 14, 2020) |
|---|---|---|
| **TESTS PERFORMED** | 10 (1 test invalid results) | 47 |
| **POSITIVE** | 2 | 5 |
| **NEGATIVE** | 7 | 41 |

**MASS TESTING – QUEST DIAGNOSTICS**

The following data is for May 19, 2020:

Swabs taken/sent to Quest Diagnostics - 140

|  | RESULTS | TOTAL (since May 11, 2020) |
|---|---|---|
| **TESTS PERFORMED** | 140 | 664 |
| **POSITIVE** | 1 | 53 |
| **NEGATIVE** | 0 | 141 |

    Respectfully submitted,

    JUSTIN E. HERDMAN
    United States Attorney

By: */s/ James R. Bennett II*
    James R. Bennett II (OH #0071663)
    Sara E. DeCaro (OH #0072485)
    David M. DeVito (CA #243695)
    Assistant United States Attorneys
    United States Courthouse
    801 West Superior Ave., Suite 400
    Cleveland, Ohio 44113
    216-622-3988 - Bennett
    216-522-4982 - Fax
    James.Bennett4@usdoj.gov
    Sara.DeCaro@usdoj.gov

*Attorneys for Respondents*