# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG WILSON, et al. | ) | CASE NO.: 4:20CV794 |
| | ) | |
| Petitioners, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| MARK WILLIAMS, Warden of Elkton Federal Correctional Institution, et al., | ) | NOTICE OF FILING RESPONDENTS' APPLICATION FOR STAY AND FOR AN ADMINISTRATIVE STAY IN THE SUPREME COURT OF THE UNITED STATES |
| Respondents. | ) | |

    Respondents Mark Williams, Warden of Elkton Federal Correctional Institution and Michael Carvajal, Director of Federal Bureau of Prisons, in their official capacities ("Respondents"), hereby notify this Court that on May 20, 2020, an Application for a Stay of the Injunction Issued by the United States District Court for the Northern District of Ohio and for an Administrative Stay, was filed with the Supreme Court of the United States. Petitioners were served with a copy of such Application.

                        Signatures on next page

.

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By:  /s/ James R. Bennett II
        James R. Bennett II (OH #0071663)
        Sara DeCaro (OH #0072485)
        Assistant United States Attorneys
        United States Court House
        801 West Superior Ave., Suite 400
        Cleveland, Ohio 44113
        216-622-3988 - Bennett
        216-522-4982 - Fax
        James.Bennett4@usdoj.gov
        Sara.DeCaro@usdoj.gov

*Attorneys for Respondents*