UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CRAIG WILSON, et al., | ) CASE NO.: 4:20cv794 |
| | ) |
| Petitioners, | ) JUDGE JAMES S. GWIN |
| v. | ) |
| MARK WILLIAMS, Warden of Elkton Federal Correctional Institution, et al., | ) **RESPONDENTS' STATUS REPORT** |
| Respondents. | ) |

Pursuant to the Court's May 14, 2020 non-document Order, Respondents respectfully submit the following status report, providing COVID-19 testing data for Federal Correctional Institution Elkton ("Elkton"), this data includes the main facility and the Federal Satellite Low.

**ABBOTT RAPID TESTS**

Abbott Tests for May 20, 2020 are as follows:

| | DAILY | TOTAL (since May 14, 2020) |
|---|---|---|
| **TESTS PERFORMED** | 8 | 55 |
| **POSITIVE** | 2 | 7 |
| **NEGATIVE** | 6 | 47 |

**MASS TESTING – QUEST DIAGNOSTICS**

The following data is for May 20, 2020:

Swabs taken/sent to Quest Diagnostics - 142

|  | RESULTS | TOTAL (since May 11, 2020) |
|---|---|---|
| **TESTS PERFORMED** | 142 | 806 |
| **POSITIVE** | 1 | 54 |
| **NEGATIVE** | 5 | 146 |

May 21, 2020 Order

In addition, pursuant to the Court's 11:37 AM non-document Order issued today requiring the Respondents to provide "an explanation of why Respondents have not yet received or reported test results for tests that were completed more than 48 hours ago", Respondents state as follows:

1) Results of all Abbott tests performed since the Court's May 14, 2020 Order are reported to the Court in Respondent's daily Status Report; and

2) Results received from Quest Diagnostics are also reported to the Court daily in Respondents' Status Report. BOP staff inquired regarding the results of the test swabs sent to Quest last week, Quest assured BOP staff that it is processing COVID tests 24 hours a day, 7 days a week in response to the pandemic and is providing the results as soon as possible to BOP staff. Quest also reported that due to the incredible volume of COVID tests it is processing, the BOP should now expect an approximate 7-day turnaround for the tests to be completed.

       Respectfully submitted,

       JUSTIN E. HERDMAN
       United States Attorney

By: */s/ James R. Bennett II*
   James R. Bennett II (OH #0071663)
   Sara E. DeCaro (OH #0072485)
   David M. DeVito (CA #243695)
   Assistant United States Attorneys
   United States Courthouse
   801 West Superior Ave., Suite 400
   Cleveland, Ohio 44113
   216-622-3988 - Bennett
   216-522-4982 - Fax
   James.Bennett4@usdoj.gov
   Sara.DeCaro@usdoj.gov

   *Attorneys for Respondents*