# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG WILSON, et al., | ) | CASE NO.: 4:20cv794 |
| | ) | |
| Petitioners, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| MARK WILLIAMS, Warden of Elkton Federal Correctional Institution, et al., | ) | **RESPONDENTS' STATUS REPORT** |
| | ) | |
| Respondents. | ) | |

Pursuant to the Court's May 14, 2020 non-document Order, Respondents respectfully submit the following status report, providing COVID-19 testing data for Federal Correctional Institution Elkton ("Elkton"), this data includes the main facility and the Federal Satellite Low.

**ABBOTT RAPID TESTS**

Abbott Tests for May 22-25, 2020 are as follows:

| | DAILY | TOTAL (since May 14, 2020) |
|---|---|---|
| **TESTS PERFORMED** | 3 | 70[1] |
| **POSITIVE** | 0 | 10 |
| **NEGATIVE** | 3 | 59 |

---

[1] One test was invalid on May 19, 2020

## MASS TESTING – QUEST DIAGNOSTICS

The following data is for May 22-25, 2020:

Swabs taken/sent to Quest Diagnostics - 0

|  | RESULTS | TOTAL (since May 11, 2020) |
|---|---|---|
| **TESTS PERFORMED** | 0 | 951 |
| **POSITIVE** | 193 | 250 |
| **NEGATIVE** | 576 | 733 |

Respondents note that the report lists more total test results than tests performed.  This is because test swabs were sent to Quest prior the Court's May 14, 2020, order requiring reporting, but received after that date.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: */s/ James R. Bennett II*
James R. Bennett II (OH #0071663)
Sara E. DeCaro (OH #0072485)
David M. DeVito (CA #243695)
Assistant United States Attorneys
United States Courthouse
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113
216-622-3988 - Bennett
216-522-4982 - Fax
James.Bennett4@usdoj.gov
Sara.DeCaro@usdoj.gov

*Attorneys for Respondents*