UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CRAIG WILSON, et al., | ) CASE NO.: 4:20cv794 |
| | ) |
| Petitioners, | ) JUDGE: JAMES S. GWIN |
| | ) |
| v. | ) |
| | ) |
| MARK WILLIAMS, Warden of Elkton Federal Correctional Institution; and MICHAEL CARVAJAL, Federal Bureau of Prisons Director, | ) ) ) **NOTICE OF APPEAL** ) ) |
| Respondents. | ) |

Notice is hereby given that Mark Williams, Warden of Elkton Federal Correctional Institution and Michael Carvajal, Federal Bureau of Prisons Director, Respondents in the above named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order of this Court entered in this action on the 19th day of May, 2020. (ECF No. 85.)

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: */s/ James R. Bennett II*
James R. Bennett II (OH #0071663)
Sara DeCaro (OH #0072485)
David M. DeVito (CA #243695)
Assistant United States Attorneys
United States Court House
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113
216-622-3988 - Bennett
216-622-3670 - DeCaro
216-622-3818 - DeVito
216-522-4982 - Fax
James.Bennett4@usdoj.gov
Sara.DeCaro@usdoj.gov
David.DeVito@usdoj.gov

*Attorneys for Respondents*