UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG WILSON, et al., | ) | CASE NO.: 4:20cv794 |
| | ) | |
| Petitioners, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| MARK WILLIAMS, Warden of Elkton | ) | |
| Federal Correctional Institution, et al., | ) | **RESPONDENTS' RESPONSE TO THE** |
| | ) | **COURT'S MAY 28, 2020 ORDER** |
| Respondents. | ) | |

On May 28, 2020, the Court issued an order requiring Respondents to file a report detailing how Respondents are addressing the need to segregate inmates who have tested positive from inmates who have tested negative and inmates not yet tested. As explained in the declaration of Health Services Administrator Sarah Dees, inmates who test positive for COVID-19 are placed in isolation areas to separate them from other inmates, including inmates who have tested negative and inmates not yet tested. (ECF No. 10-1 at ¶¶ 24, 34, 51.) Currently, Elkton has designated the FCI Visiting Room, FCI Chapel, FCI Gym, and FSL G-A Housing Unit as isolation areas. As tests are returned, additional housing units will be used if additional isolation areas are needed.

(Signatures on the following page)

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By:  */s/ James R. Bennett II*
        James R. Bennett II (OH #0071663)
        Sara E. DeCaro (OH #0072485)
        David M. DeVito (CA #243695)
        Assistant United States Attorneys
        United States Courthouse
        801 West Superior Ave., Suite 400
        Cleveland, Ohio 44113
        216-622-3988 - Bennett
        216-522-4982 - Fax
        James.Bennett4@usdoj.gov
        Sara.DeCaro@usdoj.gov

        *Attorneys for Respondents*