# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG WILSON, et al. | ) | CASE NO.: 4:20CV794 |
| | ) | |
| | ) | |
| Petitioners, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| MARK WILLIAMS, Warden of Elkton | ) | |
| Federal Correctional Institution, et al., | ) | SUPPLEMENT TO RESPONDENTS' |
| | ) | EMERGENCY MOTION TO STAY |
| Respondents. | ) | |
| | ) | |

Now come Respondents Mark Williams, Warden of Elkton Federal Correctional Institution and Michael Carvajal, Director of Federal Bureau of Prisons ("Respondents"), and hereby respectfully supplement their Emergency Motion to Stay filed on May 29, 2020.  (ECF No. 98 PageID # 1165.)  Specifically, after filing said motion, undersigned counsel learned that an inmate was sent to the hospital today for COVID-19 complications.

(Signatures on following page.)

1

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:  */s/ James R. Bennett II*
    James R. Bennett II (OH #0071663)
    Sara DeCaro (OH #0072485)
    David M. DeVito (CA #243695)
    Assistant United States Attorneys
    United States Courthouse
    801 West Superior Ave., Suite 400
    Cleveland, Ohio 44113
    216-622-3988 - Bennett
    216-522-4982 - Fax
    James.Bennett4@usdoj.gov
    Sara.DeCaro@usdoj.gov
    David.DeVito@usdoj.gov

    *Attorneys for Respondents*