**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CRAIG WILSON, et al. | ) | CASE NO.: 4:20CV794 |
| | ) | |
| | ) | |
| Petitioners, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| MARK WILLIAMS, Warden of Elkton Federal Correctional Institution, et al., | ) | NOTICE OF SUPREME COURT STAY |
| | ) | |
| Respondents. | ) | |
| | ) | |

Respondents Mark Williams, Warden of Elkton Federal Correctional Institution and Michael Carvajal, Director of Federal Bureau of Prisons, in their official capacities ("Respondents"), hereby notify this Court that on June 4, 2020, the Supreme Court stayed this Court's April 22 and May 19 orders pending disposition of the Respondents' appeal in the United States Court of Appeals for the Sixth Circuit and further order of the Supreme Court. A copy of the order is attached hereto as Exhibit A.

Signatures on next page

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ James R. Bennett II
James R. Bennett II (OH #0071663)
Sara DeCaro (OH #0072485)
Assistant United States Attorneys
United States Court House
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113
216-622-3988 - Bennett
216-522-4982 - Fax
James.Bennett4@usdoj.gov
Sara.DeCaro@usdoj.gov

*Attorneys for Respondents*