# Supreme Court of the United States

No.    19A1047

MARK WILLIAMS, WARDEN, ET AL.,

Applicants

v.

CRAIG WILSON, ET AL.

## O R D E R

UPON CONSIDERATION of the application of counsel for the

applicants, the response filed thereto, and the reply,

IT IS ORDERED that the District Court's April 22 and May 19 orders

are hereby stayed pending disposition of the Government's appeal in the

United States Court of Appeals for the Sixth Circuit and further order of the

undersigned or of the Court.

_____/s/    Sonia Sotomayor_____
Associate Justice of the Supreme
Court of the United States

Dated this 4th
day of June, 2020.

GOVERNMENT
EXHIBIT

A