TRULINCS 10505067 - WINKELMAN, GEORGE A - Unit: ELK-F-A

---

FROM: 10505067 WINKELMAN, GEORGE A
TO: Warden
SUBJECT: ***Request to Staff*** WINKELMAN, GEORGE, Reg# 10505067, ELK-F-A
DATE: 05/06/2020 10:56 AM

To: Compassionate release/Cares Act
Inmate Work Assignment: Weekend Compound

I am respectfully requesting that you file a motion pursuant to 18 USC Section 3582(c)(1)(A) for compassionate release and or home confinement through the Cares Act due to the corona virus pandemic and my medical condition. I have served approximately 18 years and seven months of my forty year sentence with no incident reports, ever, there was no violence in my crimes that I was convicted of or anywhere in my past. In July of 2017 I had open heart surgery. I had three vessel coronary artery disease and I received a cardiopulmonary by pass of the diseased arteries. I have since been prescribed medications for high blood pressure, which is, Metoprolol Tartrate 25 mg, Isosorbide Monontrate ER 30 mg and Aspirin 81 mg for a blood thinner. I was also prescribed Cholesterol medication which is, Rosuvastatin calcium 5 mg, Gemfibrozil 600 mg . Since my heart surgery my right leg was infected on two occasions and both my legs continue to swell up. I have been to see a neurosurgeon on numerous occasions and have had two nerve blocks within a year and a half. I have numerous family members that I can live with should I be released, which are my son Anthony Winkelman, My Niece Mary Zuback and my niece Debbie Risley. I have numerous job possibilities such as Shop Vac, Diaper Factory, Brodart or Walmart, and I have over forty years of experience as a welder. I would also qualify for social security disability and medicad. For all the reasons herein. I respectfully request that you file a motion pursuant to 3582 for compassionate release or home confinement on my behalf.
Thank you

EXHIBIT A