**RECEIVED**
1:12 pm, Jun 05 2020
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

George Winkelman
#10505-067
FCI-Elkton
P.O. Box 10
Lisbon, OH 44432

RE: Case No. 4:20-CV-00794

Office of The Clerk
Carl B. Stokes, U.S. Courthouse
801 West Superior Ave.
Cleveland, Ohio 44113

Dear Clerk,

Please find enclosed herein for filing, my motion to intervene in the class Action (Fed. R.C.P. 24) and motion for an order requiring respondents to show cause why they should not be held in contempt for violating Court's injunction.

Should there be anything further required from me in regards to this filing, feel free to contact me at the address listed above.

Sincerely,
George Winkelman
#10505-067