NAME: GEORGE WINKELMAN
REG.# 10505-067
Federal Correctional Institution Elkton
P. O. Box 10
Lisbon, Ohio 44432

CLERK OF COURT
CARL B. STOKES U.S. COURTHOUSE
801 WEST SUPERIOR AVE.
CLEVELAND, OHIO 44113