# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

No: 20-3447

---

4:20cv794 - JG

Filed: August 03, 2020

CRAIG WILSON, on behalf of themselves and all others similarly situated; ERIC BELLAMY, on behalf of themselves and all others similarly situated; KENDAL NELSON, on behalf of themselves and all others similarly situated; MAXIMINO NIEVES, on behalf of themselves and all others similarly situated

    Petitioners - Appellees

v.

MARK WILLIAMS, In his official capacity as Warden of Elkton Federal Correctional Institution; MICHAEL CARVAJAL, In his official capacity as the Federal Bureau of Prisons Director

    Respondents - Appellants

## MANDATE

  Pursuant to the court's disposition that was filed 06/09/2020 the mandate for this case hereby issues today.  Vacate

COSTS: None