# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CRAIG WILSON, et al., | ) CASE NO.: 4:20cv794 |
| | ) |
| Petitioners, | ) JUDGE JAMES S. GWIN |
| | ) |
| v. | ) |
| | ) |
| MARK WILLIAMS, Warden of Elkton Federal Correctional Institution, et al., | ) **RESPONDENTS' STATUS REPORT** |
| | ) |
| Respondents. | ) |

Pursuant to the Court's May 14, 2020 non-document Order, Respondents respectfully submit the following status report, providing COVID-19 testing data for Federal Correctional Institution Elkton ("Elkton"), this data includes the main facility and the Federal Satellite Low.

**ABBOTT RAPID TESTS**

Abbott Tests for September 24, 2020 are as follows:

| | DAILY | TOTAL (since May 14, 2020) |
|---|---|---|
| **TESTS PERFORMED** | 6 | 1156[1] |
| **POSITIVE** | 0 | 70 |
| **NEGATIVE** | 6 | 1085 |

---

[1] One test was invalid on May 19, 2020

## MASS TESTING – QUEST DIAGNOSTICS

The following data is as of September 24, 2020:

Swabs taken/sent to Quest: 2

|  | RESULTS | TOTAL (since May 11, 2020) |
|---|---|---|
| TESTS PERFORMED | 2 | 6620 |
| POSITIVE | 0 | 969 |
| NEGATIVE | 1 | 5064 |
| INCONCLUSIVE | 0 | 121 |

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Sara E. DeCaro
James R. Bennett II (OH #0071663)
Sara E. DeCaro (OH #0072485)
David M. DeVito (CA #243695)
Assistant United States Attorneys
United States Courthouse
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113
216-622-3988 - Bennett
216-522-4982 - Fax
James.Bennett4@usdoj.gov
Sara.DeCaro@usdoj.gov

*Attorneys for Respondents*