Joint motion for stay of all proceedings granted 10/19/2020.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CRAIG WILSON, ERIC BELLAMY, KENDAL NELSON, and MAXIMINO NIEVES, on behalf of themselves and those similarly situated,<br><br>*Petitioners*,<br><br>v.<br><br>MARK WILLIAMS, warden of Elkton Federal Correctional Institutions; and MICHAEL CARVAJAL, Federal Bureau of Prisons Director, in their official capacities,<br><br>*Respondents*. | Case No. 20-cv-0794<br><br>Judge James Gwin |

## SECOND JOINT MOTION FOR STAY OF ALL PROCEEDINGS

Petitioners Craig Wilson, Eric Bellamy, Kendal Nelson, and Maximino Nieves, and Respondents Mark Williams and Michael Carvajal (collectively, the "Parties") jointly move this Court for a stay of all proceedings in this matter for a further three (3) weeks, through October 30, 2020. *See* ECF No. 211 (first joint motion for stay through October 9, 2020). The Parties have met and made significant progress in settlement discussions, are continuing to negotiate particular terms to resolve this matter, and request this additional time in order to reach an agreed resolution.

Specifically, the Parties request that all pending briefing deadlines, discovery, rulings on pending motions, and other actions in this litigation be suspended for the three-week period. Respondents stipulate that they will continue filing daily testing status reports during the stay period. The Parties further agree that the requested stay is not, in and of itself, to impact BOP's operations, but rather would be applicable only to this litigation itself.

1