**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CRAIG WILSON, et al. | ) | CASE NO.: 4:20CV794 |
| | ) | |
| | ) | |
| Petitioners, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| MARK WILLIAMS, Warden of Elkton | ) | NOTICE OF WITHDRAWAL OF |
| Federal Correctional Institution, et al., | ) | COUNSEL |
| | ) | |
| Respondents. | ) | |
| | ) | |

Respondents Mark Williams, Warden of Elkton Federal Correctional Institution and

Michael Carvajal, Director of Federal Bureau of Prisons ("Respondents") by and through counsel,

hereby give notice that Assistant United States Attorney David M. DeVito withdraws as counsel

of record in the within action.

Assistant United States Attorneys James R. Bennett, II, and Sara E. DeCaro will remain as

counsel of record for Respondents.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:  /s/David M. DeVito
      David M. DeVito (CA #243695)
      James R. Bennett II (OH #0071663)
      Sara DeCaro (OH #0072485)
      Assistant United States Attorneys
      United States Court House
      801 West Superior Ave., Suite 400
      Cleveland, Ohio 44113
      216-622-3818-DeVito
      216-522-4982 - Fax
      James.Bennett4@usdoj.gov
      Sara.DeCaro@usdoj.gov
      David.DeVito@usdoj.gov

      *Attorneys for Respondents*