UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CRAIG WILSON and MAXIMINO NIEVES, on behalf of themselves and those similarly situated,<br><br>*Petitioners*,<br><br>v.<br><br>MARK WILLIAMS, warden of Elkton Federal Correctional Institutions; and MICHAEL CARVAJAL, Federal Bureau of Prisons Director, in their official capacities,<br><br>*Respondents*. | Case No. 20-cv-0794<br><br>Judge James Gwin |

## NOTICE OF STIPULATED DISMISSAL OF ALL CLAIMS

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii), all Parties stipulate to the dismissal of all claims brought by Petitioners Craig Wilson and Maximino Nieves, without costs and fees to any party. The Parties further stipulate that all pending motions, including Petitioners' Motion for Class Certification (ECF No. 33) and Petitioners' Motion to Amend Emergency Petition (ECF No. 185) will be terminated by the dismissal of all claims in this action.

Dated: May 10, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ David J. Carey<br>David J. Carey (0088787)<br>ACLU of Ohio Foundation<br>1108 City Park Avenue, Ste. 203<br>Columbus, OH 43206<br>Phone: (614) 586-1972<br>Fax: (614) 586-1974<br>dcarey@acluohio.org<br><br>Freda J. Levenson (0045916)<br>ACLU of Ohio Foundation<br>4506 Chester Avenue<br>Cleveland, OH 44102<br>Phone: (614) 586-1972<br>Fax: (614) 586-1974<br>flevenson@acluohio.org<br><br>David A. Singleton (0074556)<br>Mark A. Vander Laan (0013297)<br>Michael L. Zuckerman (0097194)<br>Ohio Justice & Policy Center<br>215 East Ninth Street, Suite 601<br>Cincinnati, OH 45202<br>Phone: (513) 421-1108<br>dsingleton@ohiojpc.org<br>mvanderlaan@ohiojpc.org<br>mzuckerman@ohiojpc.org<br><br>*Counsel for Petitioners* | BRIDGET M. BRENNAN<br>Acting United States Attorney<br><br>By: /s/ Sara E. DeCaro (by consent)<br>James R. Bennett II (OH #0071663)<br>Sara E. DeCaro (OH #0072485)<br>Assistant United States Attorneys<br>United States Courthouse<br>801 West Superior Ave., Suite 400<br>Cleveland, Ohio 44113<br>216-622-3988 - Bennett<br>216-522-4982 - Fax<br>James.Bennett4@usdoj.gov<br>Sara.DeCaro@usdoj.gov<br><br>*Attorneys for Respondents* |