UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| CRAIG WILSON, et al., | ) | CASE NO.: 4:20cv794 |
|---|---|---|
| Petitioners, | ) ) ) ) | JUDGE JAMES S. GWIN |
| v. | ) ) | |
| MARK WILLIAMS, Warden of Elkton Federal Correctional Institution, et al., | ) ) ) ) | **RESPONDENTS' STATUS REPORT** |
| Respondents. | ) | |

Pursuant to the Court's May 14, 2020 non-document Order, Respondents respectfully submit the following status report, providing COVID-19 testing data for Federal Correctional Institution Elkton ("Elkton"), this data includes the main facility and the Federal Satellite Low.

**ABBOTT RAPID TESTS**

Abbott Tests for May 10, 2021 are as follows:

|  | **DAILY** | **TOTAL (since May 14, 2020)** |
|---|---|---|
| **TESTS PERFORMED** | 9 | 2408[1] |
| **POSITIVE** | 0 | 88 |
| **NEGATIVE** | 9 | 2319 |

---

[1] One test was invalid on May 19, 2020

**MASS TESTING – QUEST DIAGNOSTICS**

The following data is for May 10, 2021:

Swabs taken/sent to Quest: 7

|  | RESULTS | TOTAL (since May 11, 2020) |  |
|---|---|---|---|
| **TESTS PERFORMED** | 7 | 8561 |  |
| **POSITIVE** | 0 | 975 |  |
| **NEGATIVE** | 7 | 6696 |  |
| **INCONCLUSIVE** | 0 | 123 |  |

Respectfully submitted,

BRIDGET M. BRENNAN
Acting United States Attorney

By: */s/ Sara E. DeCaro*
James R. Bennett II (OH #0071663)
Sara E. DeCaro (OH #0072485)
Assistant United States Attorneys
United States Courthouse
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113
216-622-3988 - Bennett
216-522-4982 - Fax
James.Bennett4@usdoj.gov
Sara.DeCaro@usdoj.gov

*Attorneys for Respondents*