*The Court approves dismissal as to petitioners Wilson and Nieves 5/12/2021.*
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| CRAIG WILSON and MAXIMINO NIEVES, on behalf of themselves and those similarly situated,<br><br>*Petitioners*,<br><br>v.<br><br>MARK WILLIAMS, warden of Elkton Federal Correctional Institutions; and MICHAEL CARVAJAL, Federal Bureau of Prisons Director, in their official capacities,<br><br>*Respondents*. | Case No. 20-cv-0794<br><br>Judge James Gwin |

## NOTICE OF STIPULATED DISMISSAL OF ALL CLAIMS

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii), all Parties stipulate to the dismissal of all claims brought by Petitioners Craig Wilson and Maximino Nieves, without costs and fees to any party. The Parties further stipulate that all pending motions, including Petitioners' Motion for Class Certification (ECF No. 33) and Petitioners' Motion to Amend Emergency Petition (ECF No. 185) will be terminated by the dismissal of all claims in this action.

Dated: May 10, 2021

1